IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEARNING CURVE BRANDS, INC.

   Plaintiff,

v.

MUNCHKIN, INC.,

   Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-416-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Munchkin, Inc. granting its motion for summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

OCT - 1 2010
_____
Date